IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| L. DARLENE JACOBS, and <br> L. DARLENE JACOBS as next friend <br> and guardian to TIMOTHY M. NORRIS, <br><br> Plaintiffs, <br><br> v. <br><br> ROOFING SUPPLY OF NASHVILLE, <br> LLC, ROOFING SUPPLY OF <br> TENNESSEE, LLC, ROOFING SUPPLY <br> GROUP, LLC and BENEFIT <br> CONSULTING SERVICES, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | NO. 3:08-00349 <br> JUDGE HAYNES |

## ORDER

In accordance with the Memorandum filed herewith, the Court rules on the following motions as follows:

> Docket Entry No. 36 - The motion for judgment on the pleadings filed by Defendants RSNashville, RSTennessee, and RSG is **GRANTED**. Counts II & III of the Second Amended Complaint are **DISMISSED** with prejudice as to Defendants RSTennessee and RSG.
>
> Docket Entry No. 38 - The motion to dismiss or, in the alternative, motion for judgment on the pleadings filed by Defendant Benefit Consulting is **DENIED**.
>
> Docket Entry No. 60 - The supplemental motion to dismiss filed by Defendant Benefit Consulting is **GRANTED** in part and **DENIED** in part. Count V of the Second Amended Complaint is **DISMISSED** with prejudice as to Defendant Benefit Consulting.
>
> Docket Entry No. 64 - The supplemental motion for judgment on the pleadings filed by Defendants RSNashville, RSTennessee, and RSG is **GRANTED** in part and **DENIED** in part. Count VI of the Second Amended Complaint is **DISMISSED** with prejudice as to Defendants RSTennessee and RSG.

Docket Entry No. 50 - Plaintiffs' motion for leave to conduct discovery is **GRANTED**.

The remaining claims in this action from the Second Amended Complaint are Count I against Defendant RSNashville, Counts II & III against Defendant Benefit Consulting, Count IV against Defendant RSNashville, Count V against Defendants RSTennessee and RSG, and Count VI against Defendant Benefit Consulting.

It is so **ORDERED**.

**ENTERED** this the 30th day of March, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge