IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| L. DARLENE JACOBS and <br> L. DARLENE JACOBS as next friend and <br> guardian of TIMOTHY M. NORRIS, <br><br> Plaintiffs, <br><br> v. <br><br> ROOFING SUPPLY OF NASHVILLE, LLC, <br> ROOFING SUPPLY OF TENNESSEE, LLC, <br> ROOFING SUPPLY GROUP, LLC and <br> BENEFIT CONSULTING SERVICES, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 3:08-0349 <br> ) JUDGE HAYNES <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

The settlement hearing is reset in this action for **Monday, April 26, 2010 at 2:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 19th day of April, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge